1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

* * *

11

LIONEL FRED TATE,

Case No. 2:12-cv-00563-MMD-VCF

12

Petitioner,

ORDER

13

v.

14

BRIAN WILLIAMS, et al.,

15

Respondents.

16

17          On the same day that the Court entered its order (dkt. no. 7) staying this action, it

18   received petitioner's *ex parte* motion for appointment of counsel (dkt. no. 8).  Whenever

19   the Court determines that the interests of justice so require, counsel may be appointed

20   to any financially eligible person who is seeking habeas corpus relief.   18 U.S.C.

21   § 3006A(a)(2)(B).  "[T]he district court must evaluate the likelihood of success on the

22   merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the

23   complexity of the legal issues involved."   *Weygandt v. Look*, 718 F.2d 952 (9th Cir.

24   1983).   There is no constitutional right to counsel in federal habeas proceedings.

25   *McCleskey v. Zant*, 499 U.S. 467, 495 (1991).  The factors to consider are not separate

26   from the underlying claims, but are intrinsically enmeshed with them.   *Weygandt*, 718

27   F.2d at 954.   After reviewing the petition, the Court concludes that appointment of

28   counsel is not warranted.

1       IT IS THEREFORE ORDERED that petitioner's *ex parte* motion for appointment

2 of counsel (dkt. no. 8) is DENIED.

3

      DATED THIS  18th day of December 2012.

4

5

6                         MIRANDA M. DU

7                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28